

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00247-CV

Gloria M. **CHANDLER**-Deceased, and all other occupants of 4563 Lavender Lane, San Antonio, Texas 78220,
Appellants

v.

**REVERSE MORTGAGE SOLUTIONS, INC.**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2021CV04574
Honorable J. Frank Davis, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). It is ORDERED that appellee recover its costs on appeal from appellants. *See* TEX. R. APP. P. 43.4.

Appellee's motion to dismiss this appeal is DENIED AS MOOT.

SIGNED October 19, 2022.

Liza A. Rodriguez, Justice